# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2025

**BY ECF**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Julio Molina**
      **25 Cr. 316 (JLR)**

Dear Judge Rochon:

I write to respectfully request that the Court adjourn the status conference scheduled for tomorrow, December 3, 2025, to January 15, 2026 at 12:00pm, when I understand the Court and the parties are available. The parties remain in good faith discussions about a pre-trial resolution of this case, and require additional time to finalize those discussions. Accordingly, the government consents to this adjournment.

In addition, the government requests, and the defense consents to, an exclusion of time under the Speedy Trial Act until the next court date to facilitate discussion of a pretrial resolution of this matter.

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:   AUSA James Mandilk

Requests GRANTED.  The status conference currently scheduled for December 3, 2025, is adjourned to **January 15, 2026, at 12:00 p.m.** Speedy trial time is excluded until January 15, 2026.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for Defendant to explore a potential resolution of this case.

SO ORDERED.

Dated: December 2, 2025
       New York, New York

JENNIFER L. ROCHON
United States District Judge