Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2026

**By ECF**

Honorable Jennifer Louise Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Letter Motion GRANTED. The sentencing is adjourned from September 16, 2026 at 10:00 a.m. to **December 2, 2026 at 12:00 p.m**.

Dated: September 2, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Re: *United States v. Julio Molina Jr.*, 25 Cr. 316 (JLR)**

Dear Judge Rochon:

I write on behalf of Julio Molina, without objection from the Government, to respectfully request a second adjournment of Mr. Molina's sentencing hearing from September 16, 2026 at 10:00 a.m. to December 2, 2026 at 12 p.m. when I understand the Court and all parties are available. Mr. Molina's mental health status has changed, necessitating additional expert consultation and further mitigation investigation in preparation for sentencing.

Thank you for your consideration.

Sincerely,

/s/
Nora Stephens
Assistant Federal Defender
(212) 417-8784

cc: AUSA James Mandilk